TOLEDO BAR ASSOCIATION *v.* WESTMEYER.

[Cite as Toledo Bar Assn. *v.* Westmeyer (1988), 35 Ohio St. 3d 261.]

(D.D. No. 87-13—Decided March 16, 1988.)

*Robison, Curphey & O'Connell, James E. Brazeau* and *Willard A. Johnson,* for relator.

*Kolb, Kolb & Kolb* and *Matt Kolb,* for respondent.

*Per Curiam.* This court finds that respondent violated the aforementioned Disciplinary Rules indicated by the board. While we adopt the findings of the board, we reject the sanction recommended. Respondent is hereby ordered suspended from the practice of law in the state of Ohio for one year, that year being suspended on the condition that respondent satisfactorily complete a two-year probation period. Costs taxed to respondent.

*Judgment accordingly.*

SWEENEY, LOCHER, HOLMES,

Douglas, Wright and H. Brown, JJ., concur.

Moyer, C.J., dissents.

Moyer, C.J., dissenting. I dissent from the majority opinion. I would adopt the recommendation of the Board of Commissioners on Grievances and Discipline of the Bar and suspend respondent from the practice of law for six months.